## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHERYL LEE MARIE MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-7683** |
| **FREDRICK BOUTTE, WARDEN** | **SECTION "F"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 1, 2018 (Rec. Doc. No. 12), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Sheryl Lee Marie Martin for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this ___11th___ day of _____July_____, 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE